STANLEY STELLAR, PLAINTIFF-RESPONDENT, v. EDWARD GRAAFSMA, DEFENDANT-PETITIONER.

*Messrs. Losche & Losche* for the petitioner.

January 24, 1955.   Denied.

EUGENE FLYNN, PETITIONER-PETITIONER, v. CITY OF UNION CITY, RESPONDENT-RESPONDENT.

See same case below: 32 *N. J. Super.* 518.

*Mr. Joseph L. Freiman* for the petitioner.

*Mr. Cyril J. McCauley* for the respondent.

January 24, 1955.   Denied.